SO ORDERED: July 1, 2015.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:   BRUCE L MCMULLEN
         REBECCA J MCMULLEN
DEBTOR(s)                                         CASE NO:  15-90429-BHL

**ORDER ON DEBTORS OBJECTION TO PERSONAL FINANCE CLAIM**

The Debtor, by counsel, having filed on May 7, 2015 an Objection to the Claim of Personal Finance (Court's Claim #3); and after notice and opportunity a response being filed, this matter came before the Court on June 23, 2015.

The Court, being duly advised in the premises, now finds that the Secured Claim of Personal Finance filed April 10, 2015 in the amount of $2,443.92 shall be treated as a secured claim in the amount of $750.00 at 4% interest rate; the balance of the claim shall be deemed unsecured.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the Secured Claim of Personal Finance filed April 10, 2015 in the amount of $2,443.92 shall be treated as a secured claim in the amount of $750.00 at 4% interest rate; the balance of the claim shall be deemed unsecured.

###