UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:   BRUCE L MCMULLEN   CASE NO: 15-90429
         REBECCA J MCMULLEN

DEBTOR(s)

**TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS
AND NOTICE OF RESPONSE DEADLINE**

Comes now Joseph M. Black, Jr., ("Trustee") and files this First Omnibus Objection to Claims ("Objection"), pursuant to Fed.R.Bankr.P. 3007(d).  **Claimants receiving the Objection should locate their names and claims in the list below.**

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or for such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)].  Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

**New Albany**, 110 U.S. Courthouse, 121 W Spring St, New Albany, IN   47150

The responding party must ensure delivery of the response to the party filing the objection.  **If a response is NOT timely filed, the requested relief may be granted.**  If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

If you agree with the Objection and the Trustee's proposed treatment of your claim, you do not need to respond.

Court's Claim **#006:**   **Cavalry SPV I, LLC (secured – 2008 Yamaha YFZ450 ATV)**
Grounds for Objection:   secured claim filed for a recreational vehicle the debtor surrendered
Proposed Treatment:   claim to be treated as **SURRENDERED**, allowing creditor time to file an amended claim for the unsecured deficiency balance, if any

WHEREFORE, the Trustee, Joseph M. Black, Jr., moves the Court for an order as set forth above.

DATED:   August 21, 2015

Respectfully submitted,

 /s/ Joseph M. Black, Jr.,
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN   47274
Phone: (812)524-7211
Fax:     (812) 523-8838
Email:   jblacktrustee@trustee13.com

*** *The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.* ***

CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2015, a copy of TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

N Alan Miller III      alan@alanmillerlaw.com
U.S. Trustee      ustpregion10.in.ecf@usdoj.gov

      I further certify that on August 21, 2015, a copy of the TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

Bruce L McMullen, 2105 Crestwood Lane, Patriot, IN 47038
Rebecca J McMullen, 2105 Crestwood Lane, Patriot, IN 47038
Cavalry SPV I, LLC c/o Bass & Associates, PC, 3936 E Ft Lowell Rd; Suite 200, Tucson, AZ 85712

      /s/ Joseph M. Black, Jr.
      Joseph M. Black, Jr., Trustee

*** *The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.* ***